

Attorneys admitted in
California, New York,
Texas, Pennsylvania,
Illinois, and Colorado

Sender's contact:
djenkins@donigerlawfirm.com
(310) 590-1820

Doniger / Burroughs Building
603 Rose Avenue
Venice, California 90291

Doniger / Burroughs NY
247 Water Street, First Floor
New York, New York 10038

December 19, 2024

**DELIVERED VIA ECF**

Honorable Gregory H. Woods
Daniel Patrick Moynihan Courthouse
500 Pearl St.
New York, NY 10007-1312

        Case Title:     *August Image, LLC v. Know Selfcare, Inc. et al*,
                            1:24-cv-07006-GHW
        Re:              **Letter Re Meet and Confer on Settlement**

Your Honor:

      This office represents Plaintiff, August Image, LLC ("Plaintiff"), in the above-referenced action. We write to inform the Court of the status of this case. Plaintiff has previously been in touch with Defendant Know Selfcare, Inc.'s counsel but they have since been non-responsive and Plaintiff is unable to meet and confer as required by this Court's September 17, 2024 Order (ECF 8). Plaintiff has followed up with defense counsel including on December 19, 2024, and awaits a response. Should Plaintiff not hear from defense counsel, Plaintiff will promptly personally serve Defendant and file the appropriate proof of service.

      We thank Your Honor for consideration of this matter.

                              Respectfully submitted,

              By:    */s/ David Michael Stuart Jenkins*
                      David Michael Stuart Jenkins, Esq.
                      DONIGER / BURROUGHS
                      *Attorneys for Plaintiff*