

Attorneys admitted in
California, New York,
Texas, Pennsylvania,
Illinois, and Colorado

Sender's contact:
djenkins@donigerlawfirm.com
(310) 590-1820

Doniger / Burroughs Building
603 Rose Avenue
Venice, California 90291

Doniger / Burroughs NY
247 Water Street, First Floor
New York, New York 10038

January 9, 2025

**DELIVERED VIA ECF**
Honorable Gregory H. Woods
Daniel Patrick Moynihan Courthouse
500 Pearl St.
New York, NY 10007-1312

|  |  |  |
|---|---|---|
|  | Case Title: | *August Image, LLC v. Know Selfcare, Inc. et al,* 1:24-cv-07006-GHW |
|  | Re: | Status Letter and Request to Extend |

Your Honor:

  This office represents Plaintiff, August Image, LLC ("Plaintiff"), in the above-referenced action. We write to inform the Court of the status of this case per the Court's order at Dkt. No. 8, and request that the deadline to submit a case management plan be extended to one week after the deadline for Defendant's Answer.

  Plaintiff has previously been in touch with Defendant Know Selfcare, Inc.'s counsel but they have since been non-responsive. Indeed, this matter arises from Defendant's failure to consummate a settlement agreement between the parties in a previous suit, during which time the parties negotiated the terms of a settlement before Defendant stopped responding. Defendant has since been served in this action and our office has made numerous attempts over email and telephone to contact Defendant but all to no avail. Plaintiff is thus unable to confer with Defendant regarding a proposed case management plan in this matter, and Plaintiff anticipates requesting that default be entered against Defendant if it fails to respond to Plaintiff's Complaint.

  For the foregoing reasons, we respectfully request that the deadline for the parties to submit a proposed case management plan in this matter be extend until January 23, 2025, so that it can be determined if Defendant intends to appear in this lawsuit, and so Plaintiff can seek entry of Default in the event Defendant fails to respond. This is Plaintiff's first request of this nature, and Plaintiff is unable to confirm Defendant's position on this request. We thank Your Honor for consideration of this matter.

              Respectfully submitted,

            By: */s/ David Michael Stuart Jenkins*
              David Michael Stuart Jenkins, Esq.
              DONIGER / BURROUGHS
              *Attorneys for Plaintiff*

**SO ORDERED.**

Date: _____, 2025      _____
              Hon. Gregory H. Woods
              United States District Court Judge